F I L E D
Clerk
District Court

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

MAY – 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DUSTIN M. PANGELINAN,

        Plaintiff,

        vs.

COMMONWEALTH UTILITIES
CORPORATION,

        Defendant.

Civil Action No. 08-0021

Order Rescheduling  Case Management
Conference

Thomas E. Clifford
Attorney at Law
P.O. Box 506514
Saipan, MP 96952

Edward Manibusan
Attorney at Law
P.O. Box 7934 SVRB
Saipan, MP 96950

    The Case Management Conference scheduled for Wednesday, May 28, 2008, is

rescheduled to Wednesday, June 4, 2008, at 9:00 a.m.

    IT IS SO ORDERED.

    DATED this 8th day of May, 2008.

Judge Alex R. Munson

AO 72
(Rev. 08/82)