```
1  LAW OFFICES OF EDWARD MANIBUSAN
   Edward Manibusan, Esq. (Bar No. F0131)
2  P.O. Box 7934 SVRB
   Tun Antonio Apa Road
3  Saipan, MP 96950
   Telephone No. 235-6520
4  Facsimile No. 235-6522
   e-mail: emlaw@pticom.com
5
   Attorney for Defendant
6
```

**FILED**
Clerk
District Court

MAY 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DUSTIN M. PANGELINAN ) | Civil Action No. 08-0021 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SUBSTITUTION OF** |
| v. ) | **COUNSEL AND ORDER** |
| ) | |
| COMMONWEALTH UTILITIES ) | |
| CORPORATION ) | |
| ) | |
| Defendant ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN THAT MATTHEW GREGORY, ESQ.** has substituted **EDWARD MANIBUSAN, ESQ**. as the attorney of record for Commonwealth Utilities Corporation, Defendant in the above entitled matter. All court orders and other documents should now be served on Matthew Gregory, Esq. Mr. Gregory can be reached at the following address and telephone numbers:

Matthew Gregory
Attorney General
Capitol Hill
Caller Box 10007
Saipan, MP 96950
(670) 664-2341
(670) 664-2349

///

///

///

1

## WITHDRAWAL OF COUNSEL

**EDWARD MANIBUSAN, ESQ.** hereby withdraws as counsel for Defendant Commonwealth Utilities Corporation in the above entitled matter and consents to the substitution of **Matthew Gregory, Esq.** in his place and stead.

Dated this 12 day of MAY, 2008.

By: _____
Edward Manibusan (F0131)
Attorney at Law

## ACCEPTANCE OF REPRESENTATION

**MATTHEW GREGORY, ESQ.** hereby consents to and accepts the representation of Defendant in the above entitled matter.

Dated this 13th day of May, 2008.

By: _____
Matthew Gregory
Attorney General

## CONSENT OF CLIENT

Defendant Commonwealth Utilities, hereby consents and approves to the foregoing substitution of counsels.

Dated this 13th day of May, 2008.

By: _____
Antonio S. Muna
Executive Director
Commonwealth Utilities Corporation

2

**ORDER**

Based on the foregoing Substitution of Counsel, Withdrawal of Counsel, Acceptance of Representation, and Consent of Client;

**IT IS HEREBY ORDERED** that **Matthew Gregory, Esq.**, be and is now substituted in place and stead of **Edward Manibusan, Esq.** as counsel for the Defendant in the above entitled matter. All Court Orders and other documents in this action should now be served on Matthew Gregory, Esq. at the address referenced above.

DATED this 14th day of MAY, 2008.

_____
Judge

**RECEIVED**

MAY 1 4 2008

Clerk
District Court
The Northern Mariana Islands