Thomas E. Clifford
Attorney at Law
2nd Floor, Alexander Building, San Jose
P.O. Box 506514
Saipan, MP 96950
Tel. (670)235-8846
Fax (670)235-8848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DUSTIN M. PANGELINAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH UTILITIES CORPORATION,<br><br>Defendant. | Civil Action No. 08-0021<br><br><br>PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a) |

Plaintiff Dustin M. Pangelinan ("Mr. Pangelinan") hereby makes the following initial disclosures pursuant to F.R.C.P. 26(a)(1):

A. <u>The name, and if known, address and telephone number of each individual likely to have discoverable information that Mr. Pangelinan may use to support his case</u>.

    1. Mr. Pangelinan.

    2. The individuals identified by Defendant Commonwealth Utilities Corporation ("CUC").

    3. The individuals working at CUC who have knowledge of how similarly situated persons received promotions and pay raises during the relevant timeframe, including the similarly situated persons, their supervisory chain of command and the persons

working in CUC's personnel office (Mr. Pangelinan does of course know some of these names, but due to the sensitive nature of other persons' employment information, that information is not set forth herein).

B. <u>Documents</u>. Those documents that show how similarly situated persons received promotions and pay raises during the relevant timeframe, including their personnel files and pay statements.

C. <u>Damages computations</u>. Mr. Pangelinan cannot provide this information until he receives and reviews the relevant documents described above.

D. <u>Insurance agreements</u>. Not applicable.

Mr. Pangelinan reserves the right to supplement these disclosures as the case proceeds.

Respectfully submitted this 3rd day of June, 2008.

_____
Thomas E. Clifford
Attorney for Plaintiff