FILED
Clerk
District Court

JUN - 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

DUSTIN M. PANGELINAN,

Plaintiff,

vs.

COMMONWEALTH UTILITIES
CORPORATION,

Defendant.

Civil Action No. 08-0021

Order Re Case Management
Conference

Thomas E. Clifford
Attorney at Law
P.O. Box 506514
Saipan, MP 96952

Timothy M. Conners
Assistant CNMI AG
Capital Hill
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on June 4, 2008, As a result of the conference,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

1

IT IS ORDERED THAT:

1. All parties are to be joined on or before September 1, 2008.

2. All motions to amend pleadings shall be filed on or before September 1, 2008.

3. All discovery shall be served by October 31, 2008.

4. All fact discovery motions shall be filed so as to be heard on or before December 18, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;
    e. Requests for production of documents or to inspect tangible things;
    f. Responses or objections to requests for production of documents or to inspect tangible things;
    g. Requests for admission; and,
    h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - August 1, 2008.

6. Defendant and third-party defendant expert disclosure - September 1, 2008.

7. Expert discovery shall be completed by October 31, 2008.

8. A status conference will be held on October 1, 2008, at 9:00 a.m.

9. All dispositive motions shall be heard on or before February 5, 2009. Said motions shall be filed in accordance with Local Rules 7.1.

10. A settlement conference will be held on February 13, 2009, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by March 2, 2009.

12. A final pretrial conference will be held on March 13, 2009, at 9:00 a.m.

13.    The trial in this case shall begin on March 23, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 4th day of June, 2008, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson